■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULYSSES WEST, Appellant. [843 NYS2d 513]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 4, 1999 (*People v West*, 265 AD2d 354 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered May 23, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY H. KUTNER, JR., on Behalf of MICHAEL A. CAMILLERI, Petitioner, v EDWARD REILLY, Respondent. [843 NYS2d 517]—Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County felony complaint, docket No. 011954, to release the defendant on his own recognizance, or alternatively, to fix bail in a reduced amount.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the District Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Spolzino, J.P., Krausman, Fisher and Angiolillo, JJ., concur.